Dorel PICKETT, Plaintiff–Appellant,

v.

Deputy M. RAWLS, 71 Sussex S.D.; Lieutenant Banty, Sussex Lieutenant; Deputy Cherry, Sussex Deputy, Defendants–Appellees.

No. 14–7779.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Dorel Pickett, Appellant Pro Se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorel Pickett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pickett v. Rawls*, No. 2:14–cv–00278–AWA–DEM (E.D.Va. Nov. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*